IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

Fred Albert Bartholomew,  :
    Petitioner
  vs.  :
                                     C.A. No. 05-60 Erie
Joseph F. Desuta,  :
    Respondent

## MOTION FOR EXTENSION OF TIME TO FILE RESPONDENT'S ANSWER AND BRIEF

AND NOW this 11th day of July, 2005, comes the Commonwealth of Pennsylvania, by Francis J. Schultz, Esq., District Attorney of Crawford County, Pennsylvania, and respectfully requests for this Honorable Court to extend the filing deadline as to when the Respondent has to have its answer and brief filed with this Honorable Court. At this time, the filing deadline is on or about July 31, 2005. The reasons for this request are as follows:

1. The undersigned attorney anticipates that the completion of the Respondent's answer and brief will take a significant amount of time.

2. This is the first time that the Respondent has asked for an extension of time to file its brief.

Respectfully submitted,

*/s/ Francis J. Schultz*

FRANCIS J. SCHULTZ, ESQ.
District Attorney

IN THE UNITED STATES DISTRICT COURT

Western District

Fred Albert Bartholomew,
    Petitioner                :

vs.                               :    C.A. No. 05-60 Erie

Commonwealth of Pennsylvania    :
Joseph F. Desuta,
    Respondents

## PROOF OF SERVICE

    I hereby certify that I am serving the foregoing document upon the person and in the manner indicated below, which service satisfies the requirements of Pa.R.A.P. 121.

Service by first class mail:

United States District Court               Fred Albert Bartholomew #BT-2417
PO Box 1820                                  SRCF Mercer
Erie, PA  16507                           801 Butler Pike
                                                  Mercer, PA  16137

Date:  July 11, 2005

                                                  _/s/ Francis J. Schultz_
                                                  FRANCIS J. SCHULTZ, ESQ.
                                                  District Attorney
                                                  Attorney for Respondent
                                                  Crawford County Courthouse
                                                  Meadville, PA  16335
                                                  Telephone:  (814) 333-7455
                                                  Attorney No. 76261

**OFFICE OF THE DISTRICT ATTORNEY**
CRAWFORD COUNTY COURT HOUSE
MEADVILLE, PENNSYLVANIA 16335-2696

July 11, 2005

| | |
|---|---|
| FRANCIS J. SCHULTZ<br>District Attorney | DOUGLAS W. FERGUSON<br>ROBERT J. FELTON<br>NOAH A. ERDE |
| PAULA C. DIGIACOMO<br>First Assistant District Attorney | PAUL A. BARKUS<br>CRAIG A. HOWE<br>Assistant District Attorney's |

United States District Court
Office of the Clerk
PO Box 1820
Erie, PA 16507

RE: Fred Albert Bartholomew
     No. 05-60 Erie

Dear Office of the Clerk:

    Enclosed is an original and one copy of the Respondent's Motion for Extension of Time in the above captioned case along with a Proof of Service indicating service upon Fred Albert Bartholomew. The Commonwealth is requesting an extension of 30 days.

Sincerely,

FRANCIS J. SCHULTZ, ESQ.
District Attorney

FJS/ml
Enclosures
Cc: Fred Albert Bartholomew