IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

Fred Albert Bartholomew,  :
    Petitioner
   *vs.*  :
                                          C.A. No. 05-60 Erie

Joseph F. Desuta,  :
    Respondent

**O R D E R**

AND NOW, this _____ day of _____, 2005, upon presentation and consideration of the Respondent's Motion for Extension of Time to File Respondent's Brief:

-------------------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------------------

-----------------------------------------------------------------------------.

                                                      BY THE COURT,

Attorney for Respondent:
Francis J. Schultz, Esquire
District Attorney's Office
Crawford County Court House
Meadville, PA  16335

Fred Albert Bartholomew, Petitioner
#BT-2417
SRCF Mercer
801 Butler Pike
Mercer, PA  16137