IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Fred Albert Bartholomew,
    Petitioner   :

             C.A. No. 05-60 Erie

*vs.*
                     :

Joseph F. Desuta,
    Respondent

                     :

PRAECIPE FOR APPEARANCE

AND NOW, this 11th day of July, 2005, I hereby enter an appearance on behalf of the Commonwealth of Pennsylvania, Francis J. Schultz, Esq., the Respondent in the above captioned case.

FRANCIS J. SCHULTZ, ESQ.
District Attorney
Attorney for Respondent
Crawford County Courthouse
Meadville, PA 16335
Telephone: (814) 333-7455
Attorney No. 76261

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Fred Albert Bartholomew,
    Petitioner  :

           C.A. No. 05-60 Erie

vs.
  :

Joseph F. Desuta,
    Respondent
  :

## PROOF OF SERVICE

I hereby certify that on July 11, 2005, I served a true and correct copy of the foregoing Praecipe for Appearance on the Petitioner.

*(signature)*

FRANCIS J. SCHULTZ, ESQ.
District Attorney
Attorney for Respondent
Crawford County Courthouse
Meadville, PA  16335
Telephone:  (814) 333-7455
Attorney No. 76261