IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRED ALBERT BARTHOLOMEW,** ) | | |
| Petitioner ) | | **C.A. No. 05-60 Erie** |
| ) | | |
| v. ) | | **District Judge McLaughlin** |
| ) | | **Magistrate Judge Baxter** |
| **JOSEPH F. DESUTA,** ) | | |
| Respondent. ) | | |

## ORDER

AND NOW, this 13th day of July, 2005;

IT IS HEREBY ORDERED that Respondent's "Motion for Extension of Time to File Respondent's Answer and Brief" [Document # 13] is GRANTED and Respondent shall have until August 30, 2005, to file an answer and brief to the Petition.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge

cc:   All parties of record