IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FRED ALBERT BARTHOLOMEW,                )
       Petitioner                                   )
                                                     )         **C.A. No. 05-60 Erie**
       v.                                            )
                                                     )         **District Judge McLaughlin**
JOSEPH F. DESUTA, Superintendent, et al., )        **Magistrate Judge Baxter**
       Respondents.                               )

## RULE AND ORDER

AND NOW, this 2nd day of June, 2005, after Fred Albert Bartholomew presented a petition for a writ of habeas corpus,

IT IS ORDERED that the United States Marshal shall make service of this order, together with a copy of the petition, upon the Respondent, the District Attorney of Crawford County, and the Attorney General of the Commonwealth of Pennsylvania.

IT IS FURTHER ORDERED that within twenty days of service of this order, the respondent, and the District Attorney of Crawford County, Pennsylvania shall respond to the allegations of the petition for writ of habeas corpus. The District Attorney shall address all of the following 1) the statute of limitations, 28 U.S.C. § 2254(d)(1)-(2); 2) the exhaustion of state court remedies as required by 28 U.S.C. §§ 2254(b) and Picard v. Connor, 404 U.S. 270 (1971); Rose v. Lundy, 455 U.S. 509 (1982); United States ex. rel. Trantino v. Hatrack, 563.F.2d 86 (3d Cir. 1977); Zicarelli v. Gray, 543 F.2d 466 (3d Cir. 1976), with respect to each claim raised by the Petitioner and, if appropriate, whether any of the claims were procedurally defaulted, and 3) the merits of the petition. The answer shall comply with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts  The District Attorney shall furnish this court with

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
7/11/5

C. Signature

X _Mo Locht_   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

7160 3901 9842 6648 5089

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)   ☐ Yes

1. Article Addressed to:

CRAWFORD COUNTY DISTRICT ATTORNEY
CRAWFORD COUNTY COURTHOUSE
MEADVILLE, PA. 16335

5-60E,O/P,7/8/05,SRB

PS Form 3811, January 2003                 Domestic Return Receipt

---

2. Article Number

7160 3901 9842 6648 5072

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
7/11/5

C. Signature

X _Patricia Cleaver_   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)   ☐ Yes

1. Article Addressed to:

ATTORNEY GENERAL COMMONWEALTH OF PA
564 FORBES AVENUE
6TH FLOOR MANOR BLDG
PITTSBURGH, PA. 15219

5-60E,O/P,7/8/05,SRB

PS Form 3811, January 2003                 Domestic Return Receipt

---

2. Article Number

7160 3901 9842 6648 5065

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
J. STIVIS    7/11/05

C. Signature

X _Jon Stien_   ☑ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)   ☐ Yes

1. Article Addressed to:

JOSEPH F. DESUTA, SUPERINTENDENT
SRCF MERCER
801 BUTLER PIKE
MERCER, PA. 16137

5-60E,O/P,7/8/05,SRB

PS Form 3811, January 2003                 Domestic Return Receipt