IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Fred Albert Bartholomew,
       Petitioner   :

                                                  C.A. No. 05-60 Erie
vs.
                          :

Joseph F. Desuta,
       Respondent

                        :

PRAECIPE FOR APPEARANCE

AND NOW, this 1st day of August, 2005, I hereby enter an appearance on behalf of the Commonwealth of Pennsylvania, Paula C. DiGiacomo, Esq., the Respondent in the above captioned case.

                                              /s/ Paula DiGiacomo
                                              PAULA C. DIGIACOMO, ESQ.
                                              First Assistant District Attorney
                                              Attorney for Respondent
                                              Crawford County Courthouse
                                              Meadville, PA 16335
                                              Telephone: (814) 333-7455
                                              Attorney No. 76261

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Fred Albert Bartholomew,
    Petitioner  :

                                          C.A. No. 05-60 Erie

vs.
                              :

Joseph F. Desuta,
    Respondent

                              :

PROOF OF SERVICE

I hereby certify that on August 1, 2005, I served a true and correct copy of the foregoing Praecipe for Appearance on the Petitioner.

_____
PAULA C. DIGIACOMO, ESQ.
First Assistant District Attorney
Attorney for Respondent
Crawford County Courthouse
Meadville, PA 16335
Telephone: (814) 333-7455
Attorney No. 76261