**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FRED ALBERT BARTHOLOMEW,**            )<br>                                                                  )<br>                    **Petitioner,**            )<br>                                                                  )<br>            **V.**                                                )<br>                                                                  )<br>**JOSEPH F. DESUTA; PENNSYLVANIA** )<br>**BOARD OF PROBATION & PAROLE;** )<br>**ATTORNEY GENERAL OF THE**         )<br>**STATE OF PENNSYLVANIA,**            )<br>                                                                  )<br>                    **Respondents.**      ) | Civil Action No. 05-60E<br><br>Judge Sean J. McLauglin<br>Mag. Judge Susan Paradise Baxter |

## MOTION FOR EXTENSION OF TIME

AND NOW, come the respondents, Joseph F. Desuta, Pennsylvania Board of Probation & Parole, and the Attorney General of the State of Pennsylvania, by their attorneys, Thomas W. Corbett, Jr., Attorney General, Scott A. Bradley, Senior Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, Chief Litigation Section, and respectfully submit the following:

1.  Petitioner, Fred Albert Bartholomew is a <u>pro se</u> prisoner currently in the custody of the Pennsylvania Department of Corrections in the State Regional Correctional Facility at Mercer (SRCF-Mercer).

2.  Bartholomew brings the instant Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

3.  The Office of Attorney General (OAG), which represents all respondents in this matter, initially received an incomplete copy of Bartholomew's Petition. Specifically, the OAG received a one-sided copy of the double-sided Petition.

4.	Additionally, the parole file that is needed to answer the Petition remains at SRCF-Mercer in the custody of the Pennsylvania Board of Probation and Parole (hereinafter, the Board) pending Bartholomew's upcoming parole review.

5.	As such, additional time is needed to answer the instant Petition.

6.	Respondents respectfully request that they be allowed until September 16, 2005 to file an Answer.

7.	This request is not intended to prejudice any party, nor is it believed such prejudice will occur.

WHEREFORE, it is respectfully requested that the above motion for extension of time be granted.

Respectfully submitted,

**Thomas W. Corbett, Jr.**
Attorney General

BY:	s/ Scott A. Bradley
SCOTT A. BRADLEY
Senior Deputy Attorney General
PA I.D. No. 44627

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

(412) 565-3586

Date:   August 17, 2005

2