IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRED ALBERT BARTHOLOMEW, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 05-60E |
| V. | ) | |
| | ) | Judge Sean J. McLauglin |
| JOSEPH F. DESUTA; PENNSYLVANIA | ) | Mag. Judge Susan Paradise Baxter |
| BOARD OF PROBATION & PAROLE; | ) | |
| ATTORNEY GENERAL OF THE | ) | |
| STATE OF PENNSYLVANIA, | ) | |
| | ) | |
| Respondents. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **Motion for Extension of Time** was served upon the following via first-class mail:

Fred Albert Bartholomew
BT-2417
SRCF-Mercer
801 Butler Pike
Mercer, PA  16137

                                                    s/ Scott A. Bradley
                                                  Scott A. Bradley
                                                  Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

Date:  August 17, 2005