IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRED ALBERT BARTHOLOMEW, )<br>)<br>Petitioner, )<br>)<br>V. )<br>)<br>JOSEPH F. DESUTA; PENNSYLVANIA )<br>BOARD OF PROBATION & PAROLE; )<br>ATTORNEY GENERAL OF THE )<br>STATE OF PENNSYLVANIA, )<br>)<br>Respondents. ) | Civil Action No. 05-60E<br><br>Judge Sean J. McLauglin<br>Mag. Judge Susan Paradise Baxter |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the foregoing **Motion for Extension of Time** it is hereby **ORDERED** that the motion is **GRANTED.** Respondents shall file their Answer to the instant Petition for Writ of Habeas Corpus on or before September 16, 2005.

BY THE COURT;

_____
J.