# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRED ALBERT BARTHOLOMEW, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 05-60E |
| V. ) | |
| ) | Judge Sean J. McLauglin |
| JOSEPH F. DESUTA; PENNSYLVANIA ) | Mag. Judge Susan Paradise Baxter |
| BOARD OF PROBATION & PAROLE; ) | |
| ATTORNEY GENERAL OF THE ) | |
| STATE OF PENNSYLVANIA, ) | |
| ) | |
| Respondents. ) | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the foregoing **Motion for Extension of Time** it is hereby **ORDERED** that the motion is **GRANTED.** Respondents shall file their Answer to the instant Petition for Writ of Habeas Corpus on or before September 16, 2005.


BY THE COURT;

_____

J.