# EXHIBIT 1

| DC-16E | COMMONWEALTH OF PENNSYLVANIA |
| SENTENCE STATUS SUMMARY | DEPARTMENT OF CORRECTIONS |

## 1. REFERENCES AND IDENTIFICATION

| DOC Number | Commitment Name | PBPP No | SID No | FBI Number | Phila Photo # |
|---|---|---|---|---|---|
| BT2417 | FRED ALBERT BARTHOLOMEW | | 20448857 | | |
| Date of Birth | Place of Birth | | | Race | Sex |
| 09/03/1935 | SHAMOKIN PA USA | | | W | M |

## 2. SENTENCE SUMMARY

| Sent Date | County | Indictments | Sent Type | Minimum Y | Minimum M | Minimum D | Maximum Y | Maximum M | Maximum D |
|---|---|---|---|---|---|---|---|---|---|
| 01/16/1992 | CRAWFORD | CP#636, CT. 2/1991 | | 5 | | | 15 | | |
| **Plea:** Guilty | | **OTN:** C6725515 | **Judge:** WALKER, ROBERT L. | | | | | | |
| **Offense:** INVOLUNTARY DEVIATE SEXUAL INTERCOURSE | | | | | | | | | |
| 01/16/1992 | CRAWFORD | CP#636, CT. 7/1991 | CS | 1 | | | 5 | | |
| **Plea:** Guilty | | **OTN:** E6725515 | **Judge:** WALKER, ROBERT L. | | | | | | |
| **Offense:** STATUTORY RAPE | | | | | | | | | |

| Controlling Minimum Date | 08/07/1997 | | Reentered from Previous DOC#: | |
| Controlling Maximum Date | 08/07/2011 | | New Maximum - PV | |

**Non-incarcerated Offenses**
Comments:

**Summary or Remarks on Sentence**
02/05/02: CONVERSION FROM DC-16D

**EXHIBIT 2**

NOTICE OF BOARD DECISION
PBPP-15(6/96)

## COMMONWEALTH OF PENNSYLVANIA
## PENNA. BOARD OF PROBATION AND PAROLE

DATE: 071098

CLIENT NAME: FRED ALBERT BARTHOLOMEW

PAROLE NO: 1197U

INSTITUTION: SCI - ROCKVIEW

INSTITUTION NO: BT2417

AS RECORDED ON 061898 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

- FOLLOWING AN INTERVIEW AND REVIEW OF YOUR FILE, THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE HAS DETERMINED THAT THE MANDATES TO PROTECT THE SAFETY OF THE PUBLIC AND TO ASSIST IN THE FAIR ADMINISTRATION OF JUSTICE CANNOT BE ACHIEVED THROUGH YOUR RELEASE ON PAROLE. YOU ARE THEREFORE REFUSED PAROLE AND ORDERED TO:

BE REVIEWED IN OR AFTER JUNE, 1999.

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:

   WHETHER YOU HAVE SUCCESSFULLY COMPLETED A TREATMENT PROGRAM FOR:
   SEX OFFENDERS.

   WHETHER YOU HAVE MAINTAINED A CLEAR CONDUCT RECORD AND COMPLETED THE
   DEPARTMENT OF CORRECTIONS' PRESCRIPTIVE PROGRAM(S).

*SLR 07-10-98*

FILE COPY

W. CONWAY BUSHEY
BOARD SECRETARY

NOTICE OF BOARD DECISION
PBPP-15(6/96)

COMMONWEALTH OF PENNSYLVANIA
PENNA. BOARD OF PROBATION AND PAROLE

DATE: 07/30/1999

CLIENT NAME: FRED ALBERT BARTHOLOMEW           PAROLE NO: 1197U
INSTITUTION: SCI - LAUREL HIGHLANDS            INSTITUTION NO: BT2417

AS RECORDED ON 07/30/1999 THE BOARD OF PROBATION AND PAROLE RENDERED THE
FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW AND REVIEW OF YOUR FILE, THE PENNSYLVANIA BOARD OF
PROBATION AND PAROLE HAS DETERMINED THAT THE MANDATES TO PROTECT THE SAFETY OF
THE PUBLIC AND TO ASSIST IN THE FAIR ADMINISTRATION OF JUSTICE CANNOT BE
ACHIEVED THROUGH YOUR RELEASE ON PAROLE. YOU ARE THEREFORE REFUSED PAROLE AND
ORDERED TO:

BE REVIEWED IN OR AFTER AUGUST, 2000.

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:
WHETHER YOU HAVE CONTINUED TO PARTICIPATE IN A TREATMENT PROGRAM FOR:
OFFENDERS.
WHETHER YOU HAVE CONTINUED TO RECEIVE A FAVORABLE RECOMMENDATION FOR PAROLE
FROM THE DEPARTMENT OF CORRECTIONS.
WHETHER YOU CONTINUE TO MAINTAIN A CLEAR CONDUCT RECORD AND COMPLETED THE
DEPARTMENT OF CORRECTIONS' PRESCRIPTIVE PROGRAM(S).

*JJM 07-30-1999*

FILE COPY

KATHLEEN ZWIERZYNA
BOARD SECRETARY

NOTICE OF BOARD DECISION
PBPP-15 (6/96)

COMMONWEALTH OF PENNSYLVANIA
PENNA. BOARD OF PROBATION AND PAROLE

DATE: 08/23/2000

CLIENT NAME: FRED ALBERT BARTHOLOMEW
INSTITUTION: SCI - LAUREL HIGHLANDS

PAROLE NO: 1197U
INSTITUTION NO: BT2417

AS RECORDED ON 08/23/2000 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW AND REVIEW OF YOUR FILE, THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE HAS DETERMINED THAT THE MANDATES TO PROTECT THE SAFETY OF THE PUBLIC AND TO ASSIST IN THE FAIR ADMINISTRATION OF JUSTICE CANNOT BE ACHIEVED THROUGH YOUR RELEASE ON PAROLE. YOU ARE THEREFORE REFUSED PAROLE AND ORDERED TO:

BE REVIEWED IN OR AFTER MAY, 2001

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:
WHETHER YOU HAVE PARTICIPATED IN AND/OR SUCCESSFULLY COMPLETED A TREATMENT PROGRAM FOR: SEX OFFENDERS AND ANY OTHER ADDITIONAL PROGRAMMING THAT IS ASSIGNED.
WHETHER YOU HAVE RECEIVED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE DEPARTMENT OF CORRECTIONS.

*SLR 08-23-2000*

FILE COPY

Kathleen Zwierzyna
KATHLEEN ZWIERZYNA
BOARD SECRETARY



NOTICE OF BOARD DECISION
PBPP-15(6/96)

COMMONWEALTH OF PENNSYLVANIA
PENNA. BOARD OF PROBATION AND PAROLE

DATE: 05/23/2001

CLIENT NAME: FRED ALBERT BARTHOLOMEW          PAROLE NO: 1197U
INSTITUTION: SCI - LAUREL HIGHLANDS           INSTITUTION NO: BT2417

AS RECORDED ON 05/23/2001 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW AND REVIEW OF YOUR FILE, THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE HAS DETERMINED THAT THE FAIR ADMINISTRATION OF JUSTICE CANNOT BE ACHIEVED THROUGH YOUR RELEASE ON PAROLE. YOU ARE THEREFORE REFUSED PAROLE AND ORDERED TO:

BE REVIEWED IN OR AFTER MAY, 2002.

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:
WHETHER YOU HAVE PARTICIPATED IN A TREATMENT PROGRAM FOR:
SEX OFFENDERS.
WHETHER YOU HAVE RECEIVED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE DEPARTMENT OF CORRECTIONS.
WHETHER YOU HAVE MAINTAINED A CLEAR CONDUCT RECORD AND COMPLETED THE DEPARTMENT OF CORRECTIONS' PRESCRIPTIVE PROGRAM(S).

*SLR 05-23-2001*

FILE COPY

KATHLEEN ZWIERZYNA
BOARD SECRETARY

NOTICE OF BOARD DECISION
PBPP-15(6/96)

COMMONWEALTH OF PENNSYLVANIA
PENNA. BOARD OF PROBATION AND PAROLE

DATE: 05/21/2002

CLIENT NAME: FRED ALBERT BARTHOLOMEW           PAROLE NO: 1197U
INSTITUTION: SCI - LAUREL HIGHLANDS            INSTITUTION NO: BT2417

AS RECORDED ON 05/21/2002 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW AND REVIEW OF YOUR FILE BY THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE, A DECISION IN YOUR CASE IS PENDING:

RECEIPT OF INFORMATION

- SOAB ASSESSMENT.

*SLR 05-21-2002*



FILE COPY

*Kathleen Zwierzyna*

KATHLEEN ZWIERZYNA
BOARD SECRETARY



# COMMONWEALTH OF PENNSYLVANIA
# BOARD OF PROBATION AND PAROLE
1101 S. Front Street
Harrisburg, Pa. 17104 - 2519

## NOTICE OF BOARD DECISION

NAME: FRED ALBERT BARTHOLOMEW  
INSTITUTION: SCI - LAUREL HIGHLANDS

PAROLE NO: 1197U  
INSTITUTION NO: BT2417

AS RECORDED ON NOVEMBER 06, 2002 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW WITH YOU AND A REVIEW OF YOUR FILE, AND HAVING CONSIDERED ALL MATTERS REQUIRED PURSUANT TO THE PAROLE ACT OF 1941, AS AMENDED, 61 P.S. § 331.1 ET SEQ., THE BOARD OF PROBATION AND PAROLE, IN THE EXERCISE OF ITS DISCRETION, HAS DETERMINED AT THIS TIME THAT: YOUR BEST INTERESTS DO NOT JUSTIFY OR REQUIRE YOU BEING PAROLED/REPAROLED; AND, THE INTERESTS OF THE COMMONWEALTH WILL BE INJURED IF YOU WERE PAROLED/REPAROLED. THEREFORE, YOU ARE REFUSED PAROLE/REPAROLE AT THIS TIME. THE REASONS FOR THE BOARD'S DECISION INCLUDE THE FOLLOWING:

YOUR INTERVIEW WITH THE HEARING EXAMINER AND/OR BOARD MEMBER.
OTHER FACTORS DEEMED PERTINENT IN DETERMINING THAT YOU SHOULD NOT BE PAROLED:
SOAB EVALUATION.

YOU WILL BE REVIEWED IN OR AFTER SEPTEMBER, 2003.

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:
WHETHER YOU HAVE PARTICIPATED IN A TREATMENT PROGRAM FOR:
SEX OFFENDERS - AFTERCARE.
WHETHER YOU HAVE MAINTAINED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE DEPARTMENT OF CORRECTIONS.
WHETHER YOU HAVE MAINTAINED A CLEAR CONDUCT RECORD AND COMPLETED THE DEPARTMENT OF CORRECTIONS' PRESCRIPTIVE PROGRAM(S).

(CONTINUE ON PAGE 2)

FILE COPY

Notice of Board Decision
PBPP 15(08/02) 1 of 2

PAROLE NO: 1197U

(CONTINUED FROM PAGE 1)
*LETTER 08-20-2002*
*SLR 11-06-2002*

FILE COPY

Kathleen Zwierzyna
Board Secretary

Notice of Board Decision
PBPP 15(08/02) 2 of 2



## COMMONWEALTH OF PENNSYLVANIA
## BOARD OF PROBATION AND PAROLE
1101 S. Front Street
Harrisburg, Pa. 17104 - 2519

### NOTICE OF BOARD DECISION

| | |
|---|---|
| NAME: FRED ALBERT BARTHOLOMEW | PAROLE NO: 1197U |
| INSTITUTION: SRCF MERCER | INSTITUTION NO: BT2417 |

AS RECORDED ON OCTOBER 17, 2003 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW WITH YOU AND A REVIEW OF YOUR FILE, AND HAVING CONSIDERED ALL MATTERS REQUIRED PURSUANT TO THE PAROLE ACT OF 1941, AS AMENDED, 61 P.S. § 331.1 ET SEQ., THE BOARD OF PROBATION AND PAROLE, IN THE EXERCISE OF ITS DISCRETION, HAS DETERMINED AT THIS TIME THAT: YOUR BEST INTERESTS DO NOT JUSTIFY OR REQUIRE YOU BEING PAROLED/REPAROLED; AND, THE INTERESTS OF THE COMMONWEALTH WILL BE INJURED IF YOU WERE PAROLED/REPAROLED. THEREFORE, YOU ARE REFUSED PAROLE/REPAROLE AT THIS TIME. THE REASONS FOR THE BOARD'S DECISION INCLUDE THE FOLLOWING:

YOUR NEED TO PARTICIPATE IN AND COMPLETE ADDITIONAL INSTITUTIONAL PROGRAMS.

YOU WILL BE REVIEWED IN OR AFTER AUGUST, 2005.

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:

WHETHER YOU HAVE CONTINUED TO PARTICIPATE IN/SUCESSFULLY COMPLETE A TREATMENT PROGRAM FOR: SEX OFFENDERS.

WHETHER YOU HAVE MAINTAINED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE DEPARTMENT OF CORRECTIONS.

WHETHER YOU HAVE MAINTAINED A CLEAR CONDUCT RECORD AND COMPLETED THE DEPARTMENT OF CORRECTIONS' PRESCRIPTIVE PROGRAM(S).

(CONTINUE ON PAGE 2)

FILE COPY

ACTION RELEASED
mB 10-20-03

Notice of Board Decision
PBPP 15(08/02) 1 of 2

PAROLE NO: 1197U

(CONTINUED FROM PAGE 1)

*SLS 10-17-2003*

FILE COPY

*[signature]*

Charles Myers
Acting Board Secretary

Notice of Board Decision
PBPP 15(08/02) 2 of 2

**EXHIBIT 3**



## COMMONWEALTH OF PENNSYLVANIA
## BOARD OF PROBATION AND PAROLE

1101 S. Front Street
Harrisburg, Pa. 17104 - 2519

NOTICE OF BOARD DECISION

NAME: FRED ALBERT BARTHOLOMEW           PAROLE NO: 1197U
INSTITUTION: SRCF MERCER                 INSTITUTION NO: BT2417

AS RECORDED ON AUGUST 16, 2005 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW WITH YOU AND A REVIEW OF YOUR FILE, AND HAVING CONSIDERED ALL MATTERS REQUIRED PURSUANT TO THE PAROLE ACT, THE BOARD OF PROBATION AND PAROLE, IN THE EXERCISE OF ITS DISCRETION, HAS DETERMINED AT THIS TIME THAT: YOUR BEST INTERESTS DO NOT JUSTIFY OR REQUIRE YOU BEING PAROLED/REPAROLED; AND, THE INTERESTS OF THE COMMONWEALTH WILL BE INJURED IF YOU WERE PAROLED/REPAROLED. THEREFORE, YOU ARE REFUSED PAROLE/REPAROLE AT THIS TIME. THE REASONS FOR THE BOARD'S DECISION INCLUDE THE FOLLOWING:

THE RECOMMENDATION MADE BY THE DEPARTMENT OF CORRECTIONS.

YOUR UNACCEPTABLE COMPLIANCE WITH PRESCRIBED INSTITUTIONAL PROGRAMS.

YOU WILL SERVE YOUR UNEXPIRED MAXIMUM SENTENCE, 08-07-2011, OR TO BE REVIEWED EARLIER, IF RECOMMENDED BY DEPARTMENT OF CORRECTIONS/COUNTY PRISON STAFF DUE TO APPROPRIATE ADJUSTMENT AND PROGRAM COMPLETION.

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:

WHETHER YOU HAVE PARTICIPATED IN/SUCCESSFULLY COMPLETED A TREATMENT PROGRAM FOR: SEX OFFENDERS.

SLS 08/16/2005

FILE COPY

*Lawrence F. Murray*
Lawrence F. Murray
Board Secretary

Notice of Board Decision
PBPP 15(08/02) 1 of 1

ACTION RELEASED