**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRED BARTHOLOMEW, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-60 Erie |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al., | ) |
| Respondents. | ) |

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on February 17, 2005 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on May 15, 2006, recommended that the petition for writ of habeas corpus be dismissed and a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at the State Regional Correctional Facility at Mercer where he is incarcerated, and on Respondents. Petitioner has filed no objections to Magistrate Judge Baxter's Report and Recommendation. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 9th day of June, 2006;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED and that a certificate of appealability will be denied.

The Report and Recommendation of Magistrate Judge Baxter, filed on May 15, 2006 [Doc. # 23] is adopted as the opinion of the Court.

                                                  s/   Sean J. McLaughlin
                                                  United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge